# IN THE SUPREME COURT OF THE STATE OF NEVADA

STEVE COLEMAN,
Petitioner,
vs.
THE STATE OF NEVADA; AND THE
HONORABLE ELISSA F. CADISH,
DISTRICT JUDGE,
Respondents.

No. 69720

**FILED**

MAY 1 8 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____S. Young_____
DEPUTY CLERK

## ORDER DISMISSING PETITION

This pro se petition was docketed in this court on February 5, 2016, without payment of the requisite filing fee. On March 1, 2016, this court issued an order granting an extension of time to pay the filing fee or submit a proper motion to proceed in forma pauperis. To date, petitioner has not paid the filing fee or otherwise responded to this court's order. Accordingly, cause appearing, this petition is dismissed.

It is so ORDERED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

BY: _____

cc:   Steve Coleman
      Attorney General/Carson City
      Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

16-15700